UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHARLES NIECE GAINES,**

          **Plaintiff,**

-vs-                                      Case No. 6:11-cv-295-Orl-28DAB

**CHAD COOPER, CITY OF MELBOURNE
FLORIDA POLICE DEPARTMENT,**

          **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Motion to Remand (Doc. No. 8) filed March 2, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 20, 2011 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion to Remand is **GRANTED**. This case is remanded to the Eighteenth Judicial Circuit in and for Brevard County, Florida, Case No. 05-2011-CA-013629.

    3.    Plaintiff's Motion to Dismiss (Doc. No. 19) is **DENIED as moot**.

4. The Clerk is directed to remand this case as instructed above and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 19 day of May, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party